1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Nadia M. Bishop (State Bar No. 182995)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA 94612-3572
4  Email: jmwood@reedsmith.com
          cdavies@reedsmith.com
5         nbishop@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA 94604-2084

8  Telephone:    510.763.2000
   Facsimile:    510.273.8832
9
   Attorneys for Defendant
10 Eli Lilly and Company, a corporation

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14  LAURA DALENA,                          | No.: C-06-0996 PJH

15                  Plaintiff,             | Before the Honorable Phyllis J. Hamilton

16       vs.                               | [~~PROPOSED~~] ORDER ~~VACATING~~
                                           | ~~AND/OR~~ CONTINUING CASE
17  ELI LILLY AND COMPANY,                 | MANAGEMENT CONFERENCE

18                  Defendant.             | Conference Date:  June 15, 2006
                                           | Conference Time:  2:30 p.m.
                                           | Location:         Courtroom 3, 17th Fl.
19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby continues the June 15, 2006, Case Management Conference ("CMC") to October 19, 2006, at 2:30 p.m., by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In the event this case is not transferred to the MDL far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

IT IS SO ORDERED

DATED: 6/8/06



The Honorable Judge Phyllis J. Hamilton

No.: C 06 0996 PJH — 2 — 
[Proposed] Order Continuing Case Management Conference

DOCSOAK-9829448.1